IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PEOPLE'S UNITED EQUIPMENT FINANCE CORP. | § § § § § § § | |
| VS. | § § | C.A. No. 4:10-cv-03081 |
| A & J PUMPING, INC.,<br>A & T CONCRETE PUMPING, INC.,<br>LEE ANN JONES,<br>TRENT JONES, and<br>ALLEN JONES | § § § § § | |

## DEFAULT JUDGMENT

Defendants, **A & J PUMPING, INC., A & T CONCRETE PUMPING, INC.,** and **TRENT JONES,** having failed to answer the Complaint, though duly served with process, have failed to appear, and have wholly made default.

It is therefore, ORDERED, ADJUDGED AND DECREED that this Court has jurisdiction over the Defendants, **A & J PUMPING, INC., A & T CONCRETE PUMPING, INC., and TRENT JONES,** and venue is proper in the United States District Court for the Southern District of Texas, Houston Division.

It is therefore, ORDERED, ADJUDGED and DECREED by this Court that Plaintiff, **PEOPLE'S UNITED EQUIPMENT FINANCE CORP.** f/k/a Financial Federal Credit Inc., have and recover of the Defendants, **A & J PUMPING, INC., A & T CONCRETE PUMPING, INC., and TRENT JONES,** jointly and severally, as follows:

1. Actual damages in the amount of $320,827.16;

2. Pre-judgment interest thereon at the contractual default rate of eighteen percent (18%) per annum from and after May 24, 2010, through December 13, 2010, in the amount of $32,117.88, plus additional pre-judgment interest thereafter in the amount of $158.22 per day until entry of judgment;

3. Post-judgment interest thereon at the contractual interest rate of eighteen percent (18%) as provided by law from entry of judgment until paid;

4. And all costs of court.

Signed this _25th_ day of _May_, 2010.

_____
The Honorable Lee H. Rosenthal
United States District Court Judge


APPROVED AS TO SUBSTANCE AND FORM:

_____
Robert Grawl, Jr., Assistant General Counsel
State Bar No: 08313400 / SDOT No. 14141
1300 Post Oak Blvd., Suite 1300
Houston, Texas 77056
Telephone (713) 439-1177
Telecopier (713) 386-0337
ATTORNEYS FOR PLAINTIFF